NETWORK FOR QUALITY M.R. SERVICES IN PENNSYL-VANIA, Appellant,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF PUBLIC WELFARE, and Feather O. Houstoun, Secretary of Public Welfare for the Commonwealth of Pennsylvania, Appellees.

Supreme Court of Pennsylvania.

March 22, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 22nd day of March, 2004, the order of the Commonwealth Court is **AFFIRMED.**